IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Riley, Surron

Printed: 01/22/09

Case Number: 08 B 22033
Judge: Goldgar, A. Benjamin
Filed: 8/22/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 18, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 500.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 500.00 |
| Totals: | 500.00 | 500.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | ECast Settlement Corp | Unsecured | 329.43 | 0.00 |
| 2. | ECast Settlement Corp | Unsecured | 149.22 | 0.00 |
| 3. | Consumer Portfolio Services | Unsecured | 4,978.96 | 0.00 |
| 4. | Capital One | Unsecured |  | No Claim Filed |
| 5. | Capital One | Unsecured |  | No Claim Filed |
| 6. | HSBC | Unsecured |  | No Claim Filed |
| 7. | Capital One | Unsecured |  | No Claim Filed |
| 8. | Capital One | Unsecured |  | No Claim Filed |
| 9. | Capital One | Unsecured |  | No Claim Filed |
| 10. | Consumer Portfolio Services | Unsecured |  | No Claim Filed |
| 11. | Capital One | Unsecured |  | No Claim Filed |
| 12. | Illinois Dept Of Public Aid | Unsecured |  | No Claim Filed |
| 13. | First Premier | Unsecured |  | No Claim Filed |
| 14. | State of Illinois | Unsecured |  | No Claim Filed |
| 15. | HSBC | Unsecured |  | No Claim Filed |
| 16. | Illinois Dept Of Public Aid | Unsecured |  | No Claim Filed |
|  |  |  | $ 5,457.61 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Riley, Surron

Printed: 01/22/09

Case Number:  08 B 22033
Judge:  Goldgar, A. Benjamin
Filed:  8/22/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

